**John V. LaBarge, Jr.**
**Standing Chapter 13 Trustee**
St. Louis, MO  63143
Phone: (314) 781-8100
Fax: (314) 781-8881

April 15, 2015

HEAGLER LAW FIRM
901 BOONES LICK RD
ST CHARLES, MO  63301

RE: HARDING W NOSSER JR
    Bankruptcy Case No: 15-42147

Dear HEAGLER LAW FIRM,

Please be advised that the Trustee has not received the following documents necessary to process this case:

    __ payment advices for the full 60 days prior to filing or an affidavit stating that no payment advices were received during that time.

    _X_ an acceptable affidavit (The affidavit received is incomplete).
NEED AFFIDAVIT/P&L STATEMENS/TAX RETURNS BY 5/16/15

Until we receive the necessary documents, the 341 preparation process cannot continue and we may not conduct or conclude the 341 meeting.  Please promptly provide these documents to the Trustee.  If you believe you have already sent these documents to the Trustee, please contact our office to determine if we failed to receive the documents or if the documents were inadequate.  Do not wait until the scheduled 341 meeting to resolve this issue.  You should assume that we may not have processed this file and may not have the file available on the hearing date.

**Please submit documents by regular mail.  Faxed documents are often illegible**.

Sincerely,

Office of Chapter 13 Trustee

LTR341 -- DAM