**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 15-42147** |
| | ) | **Chapter 13** |
| **Harding Nosser, Jr.** | ) | |
| | ) | **Motion to Extend** |
| **Debtor** | ) | **the Automatic Stay** |
| | ) | |
| | ) | |
| | ) | |

**MOTION TO EXTEND THE AUTOMATIC STAY**

COMES NOW, the above Debtor and through his attorney and in support of this Motion to Extend the Automatic stay states as follows:

1. Debtor filed the above captioned case in good faith on March 25, 2015.

2. In the preceding twelve (12) months, Debtor filed one previous chapter 13 petition on October 8, 2014, being case # 14-47914 and this case was previously dismissed on the motion of the Trustee for failure to maintain plan payments.

3. Pursuant to 11 USC Section 362 (c)(3)(A) the automatic stay will expire on the 30th day after filing the above captioned case.

4. The court may extend the automatic stay for the life of the case pursuant to 11 USC Section 362 (c) (3) (B).

5. Debtor's current case is filed in good faith. Debtor has filed all necessary schedules, and mailed all necessary documents to the Trustee.  The Debtor's circumstances are different in this case in that Debtor heath and medical issue have much improved since the filing of the previous case allowing Debtor to generate revenue to support the present case.  Debtor also believes that aan avoidable transfer has occurred in this case which would provide significat recovery to all his creditors

6. If the automatic stay is not extended, Debtor may lose his house, and business, which is necessary for his plan for an effective reorganization in this chapter.

**WHEREFORE,** Debtor respectively prays that this court continue the automatic stay in this case to he conclusion of the case, and for any and all further relief which this Court deems just and proper.

Respectfully Submitted,

/s/ Douglas M. Heagler
Douglas M. Heagler #48952, #115112
dheagler@freshstartbk.com
901 Boones Lick
St. Charles, MO  63301
PH: 636 278 2778
FAX 1-866-371-9155

## CERTIFICATE OF SERVICE

        I, the undersigned, do hereby certify that I served a copy of this Notice along with the attached Document(s) upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on or before April 22, 2015.

/s/ Douglas M. Heagler
Douglas M. Heagler #48952
dheagler@freshstartbk.com
901 Boones Lick
St. Charles, MO  63301
PH: 636 278 2778
FAX 1-866-371-9155

Office of the United States Trustee
111 South 10th St.
Ste. 63102
St. Louis, MO  63102 (Electronic)

John V. Labarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Harding Nosser, Jr.
8003 Gravois
St. Louis, MO  63103


See attached list