UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 15-42147-399 |
| | ) | |
| HARDING W NOSSER JR | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

### TRUSTEE'S RESPONSE TO MOTION TO EXTEND AUTOMATIC STAY

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

It does not appear Debtor has filed the present case in good faith. Contrary to the assertion in Debtor's Motion, Debtor has not filed all necessary documents in that Debtor has not provided the Trustee with his most recently filed tax return. Per the IRS proof of claim and the Missouri Department of Revenue's Motion to Dismiss, Debtor has failed to file 2012 and 2013 tax returns. The only possible avoidable transfer scheduled is a $6,000 transfer, which would not be sufficient to make the proposed Chapter 13 plan feasible; The plan falls $37,000 short of feasibility with the claims as scheduled and it appears Debtor has not scheduled all debts. Based on the assets scheduled in the prior case, dismissed only three months prior to filing of the current case, Debtor has either failed to schedule or failed to disclose disposition of significant assets.,

Dated: May 08, 2015
RSPGEN--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of May 08, 2015.

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347

HARDING W NOSSER JR
8003 GRAVOIS
SAINT LOUIS, MO  63123

HEAGLER LAW FIRM
901 BOONES LICK RD
ST CHARLES, MO  63301